No. 34,025

THE GLEANER HARVESTER CORPORATION, *Appellant*, v. T. V. ANDERSON, *Appellee*.

(90 P. 2d 1008)

Opinion filed June 10, 1939. Former decision adhered to. (For original opinion of affirmance see 148 Kan. 836, 84 P. 2d 838.)

*A. W. Relihan* and *T. D. Relihan*, both of Smith Center, for the appellant.

*J. F. Bell, J. T. Reed* and *Miles Elson*, all of Smith Center, for the appellee.

The opinion of the court was delivered by

HARVEY, J.: A rehearing was granted in this cause, the record has been examined again, and all the briefs and arguments of counsel have been reconsidered. The court finds no reason to disturb its former decision, and it is adhered to.